JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA MEZA, | ) No. SA CV 11-00943-GAF (VBK) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| MICHAEL RILEY, et al., | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:   August 12, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE